AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| STEPHANIE HILL | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV10 4665 JL |
| CHASE RECEIVABLES | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chase Receivables
1247 Broadway,
Sonoma CA 94536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 Ext. 241; F: (866) 861-1390
rlee@consumerlawcenter.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date: OCT 15 2010

MARY ANN BUCKLEY
*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney: <br> Ryan Lee Esq., Bar #235879 <br> Law Offices Of: Krohn & Moss, Ltd. <br> 10474 Santa Monica Blvd. <br> Suite #401 <br> Los Angeles, CA 90025 <br> Telephone No: 323-988-2400  FAX No: 866-802-0021 <br> rlee@consumerlawcenter.com <br> Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | |
| Plaintiff: Stephanie Hill | | |
| Defendant: Chase Receivables | | |

| PROOF OF SERVICE <br> Summons in a Civil | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV104665 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Plaintiff's Verified Complaint and Demand for Jury Trial

3. a. Party served:  Chase Receivables

4. Address where the party was served:  Chase Receivables
   1247 Broadway
   Sonoma, CA 95476

5. I served the party:
   b. by substituted service. On: Fri., Oct. 29, 2010 at: 12:00PM by leaving the copies with or in the presence of:
      "Jane Doe", Front Office/Person Apparently in Charge, White, Female, 35 Years Old, Blond Hair, Blue Eyes, 5 Feet, 105 Pounds
   (1) (Business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers. The Defendant's Residence address is unknown.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  Chase Receivables
   Other:  Business Organization, Form Unknown.

7. Person Who Served Papers:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jeanette Kaufman Berger                    d. The Fee for Service was:  $60.00
   b. D & R Legal Process Service, L.L.C.        e. I am: (3) registered California process server
      39159 Paseo Padre Parkway, Registration # 555    (i) Independent Contractor
      Suite #112                                       (ii) Registration No.:  P-423
      Fremont, CA 94538                                (iii) County:  Sonoma
   c. (877) 797-9996, FAX (510) 797-9998                (iv) Expiration Date:  Wed, Jan. 26, 2011

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Nov. 02, 2010

                                                                    (Jeanette Kaufman Berger)

Judicial Council Form POS-010          PROOF OF SERVICE                           k&m/la.27025
Rule 2.150.(a)&(b) Rev January 1, 2007  Summons in a Civil

| *Attorney or Party without Attorney:* <br> Ryan Lee Esq., Bar #235879 <br> Law Offices Of: Krohn & Moss, Ltd. <br> 10474 Santa Monica Blvd. <br> Suite #401 <br> Los Angeles, CA 90025 <br> *Telephone No:* 323-988-2400   *FAX No:* 866-802-0021 <br> rlee@consumerlawcenter.com <br> *Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* Stephanie Hill
*Defendant:* Chase Receivables

| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV104665 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Plaintiff's Verified Complaint and Demand for Jury Trial

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

    a. Date of Mailing:        Fri., Oct. 29, 2010
    b. Place of Mailing:       Fremont, CA 94538
    c. Addressed as follows:   Chase Receivables
                               Chase Receivables
                               1247 Broadway
                               Sonoma, CA 95476

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Oct. 29, 2010 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Jason M. Burke, CCPS.                            d. *The Fee for Service was:*   $60.00
    b. D & R Legal Process Service, L.L.C.              e. I am: (3) registered California process server
       39159 Paseo Padre Parkway, Registration # 555       (i)   Independent Contractor
       Suite #112                                          (ii)  *Registration No.:*   555
       Fremont, CA 94538                                   (iii) *County:*             Alameda
    c. (877) 797-9996, FAX (510) 797-9998                  (iv)  *Expiration Date:*    Sun, Aug. 21, 2011

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Tue, Nov. 02, 2010

                                                                          (Jason M. Burke, CCPS.)

Judicial Council Form POS-010                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007               By Mail                                    k&m-la.27025