1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400 Ext. 241; F: (866) 861-1390
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   STEPHANIE HILL
5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HILL, | Case No.: 3:10-cv-04665-JL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| CHASE RECEIVABLES, | |
| Defendant. | |

NOW COMES the Plaintiff, STEPHANIE HILL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: November 24, 2010        KROHN & MOSS, LTD.


By: /s/ Ryan Lee                             _

Ryan Lee
Attorney for Plaintiff

- 1 -

Notice of Settlement