1 Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 T: (323) 988-2400 Ext. 241; F: (866) 861-1390
rlee@consumerlawcenter.com
4 Attorneys for Plaintiff,
STEPHANIE HILL

**IT IS SO ORDERED**
*Judge James Larson*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HILL, | Case No.: 3:10-cv-04665-JL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| CHASE RECEIVABLES, | |
| Defendant. | |

NOW COMES the Plaintiff, STEPHANIE HILL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                  Respectfully Submitted,

DATED: November 24, 2010      KROHN & MOSS, LTD.

                                  By: /s/ Ryan Lee

                                      Ryan Lee
                                      Attorney for Plaintiff

Notice of Settlement